Karen Vogel Weil (State Bar No. 145,066)
karen.weil@knobbe.com
Jonathan A. Hyman (State Bar No. 212,264)
jonathan.hyman@knobbe.com
Nathan M. Shaw (State Bar No. 285,977)
nathan.shaw@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: 310-551-3450
Facsimile: 310-601-1263

Attorneys for Plaintiff
JELLY BELLY CANDY COMPANY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JELLY BELLY CANDY COMPANY,<br><br>             Plaintiff,<br><br>      v.<br><br>KESS GLOBAL INC. and DOES 1 through 100, inclusive,<br><br>             Defendants. | Civil Action No. 3:17-cv-04155<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1  Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than
2  the named parties, there is no such interest to report.

3  Respectfully submitted,

4  KNOBBE, MARTENS, OLSON & BEAR, LLP

6  Dated: July 21, 2017   By: */s/ Jonathan A. Hyman*
     Karen Vogel Weil
7    Jonathan A. Hyman
     Nathan M. Shaw

9  Attorneys for Plaintiff
   JELLY BELLY CANDY COMPANY

12  26353462

-1-   Case No. 3:17-cv-04155
Certification of Interested Entities